**Fill in this information to identify your case:**

Debtor 1    **Veronica M. Lewis**

Debtor 2    
(Spouse, if filing)

United States Bankruptcy Court for the **District of Massachusetts**

Case number    **1:18-bk-11370**
(If known)

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

| **Part 1:** | **Summarize Your Assets** |
|---|---|

|  | **Your assets**<br>Value of what you own |
|---|---|
| **1.** **Schedule A/B:** *Property* (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from *Schedule A/B* ..................................................... | $153,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* ....................................... | $22,372.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*.................................................. | $175,372.00 |

| **Part 2:** | **Summarize Your Liabilities** |
|---|---|

|  | **Your liabilities**<br>Amount you owe |
|---|---|
| **2.** **Schedule D:** *Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*.................................................................................................... | $223,568.10 |
| **3.** **Schedule E/F:** *Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* .......................... | $0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*...................... | $214,747.61 |
| **Your total liabilities** | $438,315.71 |

| **Part 3:** | **Summarize Your Income and Expenses** |
|---|---|

| **4.** **Schedule I:** *Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I ........................................................... | $7,012.01 |
|---|---|
| **5.** **Schedule J:** *Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22, Column A, of Schedule J. ............................................... | $6,136.76 |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

**6.  Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☒  Yes

**7.  What kind of debt do you have?**

☒  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

☐  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.  From the *Statement of Your Current Monthly Income* (Official Form 122A-1, 122B, or 122C-1):**
Copy your total current monthly income from line 11................................................................  $11,570.00

**9.  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*................................**

| From Part 4 on *Schedule E/F,* copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.).................................................................. | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.)........................................ | $0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) ............................ | $0.00 |
| 9d. Student loans. (Copy line 6f.)................................................................................ | $119,087.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)................................................................................ | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)............................ | $0.00 |
| 9g. **Total.** Add lines 9a through 9f.............................................................................. | $119,087.00 |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

Debtor 1    __Veronica M. Lewis__

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the __District of Massachusetts__

Case number    __1:18-bk-11370__
(If known)

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    **Describe Each Residence, Building, Land or Other Real Estate You Own or Have an Interest in**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes. Where is the property?

**1.1** __3928 Winton Drive__
Street address, if available, or other description

__Jacksonville FL 32208-2928__
City, State, ZIP Code

__Duval__
County

**What is the property?** Check all that apply
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other
    __N/A__

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $50,000.00 | $50,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ **Check if this is community property** (see instructions)

**1.2** __1363 W. 12th Street__
Street address, if available, or other description

__Jacksonville FL 32209__
City, State, ZIP Code

__Duval__
County

**What is the property?** Check all that apply
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other
    __N/A__

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $43,000.00 | $43,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ **Check if this is community property** (see instructions)

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| 1.3 | 7204 Irving Scott Drive | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

Street address, if available, or other description

- ☒ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other
  **N/A**

Jacksonville FL 32209
City, State, ZIP Code

Duval
County

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$60,000.00** | **$60,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. .........................................  **$153,000.00**

| **Part 2:** | **Describe Your Vehicles** |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.  Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No.
☒ Yes.

| 3.1 | Make: | Mercedes | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model: E350
Year: 2011
Approximate mileage: 100000
Other information:

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$10,000.00** | **$10,000.00** |

| 3.2 | Make: | VW | **Who has an interest in the property?** Check one |
|---|---|---|---|

Model: Beetle
Year: 2012
Approximate mileage: 77550
Other information:

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$3,517.00** | **$3,517.00** |

| 3.3 | Make: | Chevrolet | **Who has an interest in the property?** Check one |
|---|---|---|---|

Model: Corvette
Year: 1998
Approximate mileage: 69500
Other information:

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,500.00** | **$6,500.00** |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**4.  Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No.
☐ Yes.

**5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ......................................    | **$20,017.00** |

---

**Part 3:    Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?** (List the current value of the portion you own. Do not deduct secured claims or exemptions)

**6.  Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☒ Yes  **(Washer/dryer, table/chairs, desk, DVD player and television, smartphone, computer, printer $1,650.00, D1)** ..............................................................................    $1,650.00

**7.  Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☒ No
☐ Yes ......................................................................................................................    _____

**8.  Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☒ No
☐ Yes ......................................................................................................................    _____

**9.  Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☒ No
☐ Yes ......................................................................................................................    _____

**10.  Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☒ No
☐ Yes ......................................................................................................................    _____

**11.  Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☒ Yes  **(Standard clothing, a few pieces of costume jewelry $175.00, D1)** ......................................    $175.00

**12.  Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☒ No
☐ Yes ......................................................................................................................    _____

**13.  Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☒ No
☐ Yes ......................................................................................................................    _____

**14.  Any other personal and household items you did not already list, including any health aids you did not list**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

☒ No
☐ Yes .........................................................................................................................

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .............................................................    **$1,825.00**

| Part 4: | Describe Your Financial Assets |

**Do you own or have any legal or equitable interest in any of the following?** (List the current value of the portion you own. Do not deduct secured claims or exemptions)

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☒ Yes **Cash on hand $75.00 (D1)**....................................................................    **$75.00**

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes **Bank of America checking account $300.00 (D1)**.................................    **$300.00**

    **USAA personal account $100.00 (D1)**..........................................    **$100.00**

    **Citizens Bank checking account $55.00 (D1)**..............................    **$55.00**

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes .........................................................................................................................    **$0.00**

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No
☐ Yes .........................................................................................................................    **$0.00**

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes .........................................................................................................................    **$0.00**

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No
☐ Yes .........................................................................................................................    **$0.00**

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company.
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☒ No
☐ Yes .........................................................................................................................    **$0.00**

**23. Annuities (A contract for a periodic payment of money to you, either for life or for a number of years)**

☒ No
☐ Yes .........................................................................................................................    **$0.00**

24. **Interests in an education IRA** as defined in 26 U.S.C. § 530(b)(1) or under a qualified state tuition plan as defined in 26 U.S.C. § 529(b)(1).

☒ No
☐ Yes ................................................................................................ $0.00

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No
☐ Yes ................................................................................................ $0.00

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No
☐ Yes ................................................................................................ $0.00

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No
☐ Yes ................................................................................................ $0.00

28. **Tax refunds owed to you**
Give specific information about them, including whether you already filed the returns and the tax years

☒ No
☐ Yes ................................................................................................ $0.00

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes ................................................................................................ $0.00

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No
☐ Yes ................................................................................................ $0.00

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance. Name the insurance company of each policy and the beneficiary, and list its value

☒ No
☐ Yes ................................................................................................ $0.00

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No
☐ Yes ................................................................................................ $0.00

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No
☐ Yes ................................................................................................ $0.00

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No
☐ Yes ................................................................................................ $0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Case 18-11370    Doc 28    Filed 06/16/18    Entered 06/16/18 01:51:37    Desc Main
Debtor 1    Veronica M. Lewis
Document    Page 8 of 36
Case number: 1:18-bk-11370

**35. Any financial assets you did not already list**

☒ No
☐ Yes ........................................................................................................................... **$0.00**

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ............................................ **$530.00**

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

**37. Do you own or have any legal or equitable interest in any business-related property?**
☒ No. Go to part 6.
☐ Yes. Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |

If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☒ No. Go to part 7.
☐ Yes. Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☒ No
☐ Yes ........................................................................................................................... **$0.00**

**54. Add the dollar value of all of your entries from Part 7, including any entries for pages you have attached for Part 7. Write that number here** ............................................

| Part 8: | List the Totals of Each Part of this Form |

**55. Part 1: Total real estate, line 2** ...................................................................................... **$153,000.00**

**56. Part 2: Total vehicles, line 5** ................................................................. **$20,017.00**

**57. Part 3: Total personal and household items, line 15** ...................................... **$1,825.00**

**58. Part 4: Total financial assets, line 36** ............................................................. **$530.00**

**59. Part 5: Total business-related property, line 45** ...........................................

**60. Part 6: Total farm- and fishing-related property, line 52** ..............................

**61. Part 7: Total other property not listed, line 54** ...........................................

**62. Total personal property.** Add lines 56 through 61 ................................................ **$22,372.00**

**63. Total of all property on Schedule A/B.** Add line 55 + line 62 ............................ **$175,372.00**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1 **Veronica M. Lewis**

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the **District of Massachusetts**

Case number **1:18-bk-11370**
(If known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt          04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
| --- | --- |

1. **Which set of exemptions are you claiming?** Check one only, even if your spouse is filing with you.

   ☒ You are claiming Massachusetts Exemptions (04/07/2011) and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on Schedule A/B that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Car (Line 3) | $3,517.00 | ☒ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Mass. Gen. L. c. 235, § 34, Sixteenth |
| Car (Line 3) | $6,500.00 | ☒ $6,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Mass. Gen. L. c. 235, § 34, Seventeenth |
| Car (Line 3) | $10,000.00 | ☒ $5,208.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Mass. Gen. L. c. 235, § 34, Sixteenth |
| Washer/dryer, table/chairs, desk, DVD player and television, smartphone, computer, and printer (Line 6) | $1,650.00 | ☒ $1,650.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Mass. Gen. L. c. 235, § 34, Second |
| Standard clothing, a few pieces of costume jewelry (Line 11) | $175.00 | ☒ $175.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Mass. Gen. L. c. 235, § 34, First |
| Cash on hand (Line 16) | $75.00 | ☒ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Mass. Gen. L. c. 235, § 34, Fifteenth & c. 246, § 28A |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  *Copy the value from Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption* | | Specific laws that allow exemption |
|---|---|---|---|---|
| Bank of America checking account (Line 17) | $300.00 | ☒ | $300.00 ☐ 100% of fair market value, up to any applicable statutory limit | Mass. Gen. L. c. 235, § 34, Fifteenth & c. 246, § 28A |
| Citizens Bank checking account (Line 17) | $55.00 | ☒ | $55.00 ☐ 100% of fair market value, up to any applicable statutory limit | Mass. Gen. L. c. 235, § 34, Fifteenth & c. 246, § 28A |
| USAA personal account (Line 17) | $100.00 | ☒ | $100.00 ☐ 100% of fair market value, up to any applicable statutory limit | Mass. Gen. L. c. 235, § 34, Fifteenth & c. 246, § 28A |
| **Total** | $22,372.00 | | $13,563.00 | |

**3.**  **Are you claiming a homestead exemption of more than $160,375.00?**
(Subject to adjustment on 04/01/2019 and every 3 years after that for cases filed on or after the date of adjustment.)

☒ No
☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
    ☐ No
    ☐ Yes

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| Fill in this information to identify your case: |
| --- |

Debtor 1    **Veronica M. Lewis**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the **District of Massachusetts**

Case number    **1:18-bk-11370**
(If known)

☐ Check if this is an amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.  **Do any creditors have claims secured by your property?**
    ☐ No.  Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
    ☒ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
| --- | --- |

2.  **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value<br>of the collateral | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured portion<br>if any |
| --- | --- | --- | --- | --- |
| **2.1** **Mercedes Benz Financial Services**<br>Creditor's Name<br>**PO Box 961**<br>Number   Street<br><br>**Roanoke TX 76262-0961**<br>City, State, ZIP Code<br>**Who owes the debt?** Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred: **06/02/2012** | Describe the property that secures the claim:<br>**Car**<br><br>As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Nature of lien. Check all that apply<br>☒ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset)<br><br>Last 4 digits of account number: | $4,792.00 | $10,000.00 | |
| **2.2** **Real Time Resolutions, Inc.**<br>Creditor's Name<br>**PO Box 35888**<br>Number   Street<br><br>**Dallas TX 75235-0888**<br>City, State, ZIP Code<br>**Who owes the debt?** Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred: **11/16/2006** | Describe the property that secures the claim:<br>**1363 W. 12th Street, Jacksonville, FL**<br><br>As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Nature of lien. Check all that apply<br>☒ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset)<br><br>Last 4 digits of account number: **1117** | $93,545.00 | $43,000.00 | $50,545.00 |

| | Column A Amount of claim Do not deduct the value of the collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion if any |
|---|---|---|---|
| **2.3** **Santander Consumer USA** Creditor's Name **PO Box 961245** Number Street **Terrell TX 75161** City, State, ZIP Code **Who owes the debt? Check one.** ☒ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☐ At least one of the debtors and another ☐ Check if this claim relates to a community debt Date debt was incurred: **03/24/2016** | Describe the property that secures the claim: **Car** As of the date you file, the claim is: Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed Nature of lien. Check all that apply ☒ An agreement you made (such as mortgage or secured car loan) ☐ Statutory lien (such as tax lien, mechanic's lien) ☐ Judgment lien from a lawsuit ☐ Other (including a right to offset) Last 4 digits of account number: | $11,000.00 | $3,517.00 | $7,483.00 |
| **2.4** **Seterus, Inc.** Creditor's Name **8501 IBM Dr. Bldg 201** Number Street **Services, Inc.** **Charlotte NC 28262-4333** City, State, ZIP Code **Who owes the debt? Check one.** ☒ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☐ At least one of the debtors and another ☐ Check if this claim relates to a community debt Date debt was incurred: **08/01/2017** | Describe the property that secures the claim: **7204 Irving Scott Drive, Jacksonville, FL** As of the date you file, the claim is: Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed Nature of lien. Check all that apply ☒ An agreement you made (such as mortgage or secured car loan) ☐ Statutory lien (such as tax lien, mechanic's lien) ☐ Judgment lien from a lawsuit ☐ Other (including a right to offset) Last 4 digits of account number: **6705** | $55,564.98 | $60,000.00 | |
| **2.5** **Seterus, Inc.** Creditor's Name **8501 IBM Dr. Bldg 201** Number Street **Services, Inc.** **Charlotte NC 28262-4333** City, State, ZIP Code **Who owes the debt? Check one.** ☒ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☐ At least one of the debtors and another ☐ Check if this claim relates to a community debt Date debt was incurred: **08/01/2006** | Describe the property that secures the claim: **3928 Winton Drive, Jacksonville, FL** As of the date you file, the claim is: Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed Nature of lien. Check all that apply ☒ An agreement you made (such as mortgage or secured car loan) ☐ Statutory lien (such as tax lien, mechanic's lien) ☐ Judgment lien from a lawsuit ☐ Other (including a right to offset) Last 4 digits of account number: **8298** | $58,666.12 | $50,000.00 | $8,666.12 |

Add the dollar value of your entries in Column A. Write that number here: ...... **$223,568.10**

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1    **Veronica M. Lewis**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the **District of Massachusetts**

Case number    **1:18-bk-11370**
(If known)

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims against you?**
   ☒ No. Go to Part 2.
   ☐ Yes.

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
| --- | --- |

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☒ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than four priority unsecured claims fill out the Continuation Page of Part 2.

|  | **Total claim** |
| --- | --- |

**4.1**

**Acceptance Now**
Nonpriority Creditor's Name
**Acceptance Now Customer Service**
Number   Street
**5501 Headquarters Drive**

**Plano TX 75024**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:

When was the debt incurred: **08/11/2017**

As of the date you file, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Supplier/Vendor**

$2,371.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Total claim |
|---|---|

**4.2**

**Aurora Loan Services, Inc.**
Nonpriority Creditor's Name

**601 5th Avenue**
Number   Street

**Scottsbluff NE 69361**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: _____    $0.00

When was the debt incurred: **UNKNOWN**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Mortgage**

---

**4.3**

**Chase Mortgage**
Nonpriority Creditor's Name

**PO Box 24696**
Number   Street

**Columbus OH 43224**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: _____    $0.00

When was the debt incurred: **UNKNOWN**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Mortgage**

---

**4.4**

**Discover Bank**
Nonpriority Creditor's Name

**PO Box 15316**
Number   Street

**Wilmington DE 19850-5316**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: _____    $1,298.00

When was the debt incurred: **04/21/2004**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card**

---

**4.5**

**Duke University Student Loans**
Nonpriority Creditor's Name

**106 W. Duke Bldg**
Number   Street

**Durham NC 27708**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **4A01**    $7,383.00

When was the debt incurred: **10/02/2013**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☒ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.6**
**Duval County Tax Collector**
Nonpriority Creditor's Name
**231 E. Forsyth Street**
Number  Street
**Suite 130**

**Jacksonville FL 32202**
City, State, ZIP Code
**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:

When was the debt incurred? **01/01/2016**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Taxes**

$1,549.08

---

**4.7**
**Dyke O'Neal**
Nonpriority Creditor's Name
**6060 N. Central Expressway**
Number  Street
**Suite 200**

**Dallas TX 75206**
City, State, ZIP Code
**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **6036**

When was the debt incurred? **UNKNOWN**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Collection Account**

$66,613.96

---

**4.8**
**Fedloan Servicing Credit**
Nonpriority Creditor's Name
**PO Box 60610**
Number  Street

**Harrisburg PA 17106**
City, State, ZIP Code
**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **0003**

When was the debt incurred? **08/23/2011**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☒ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

$12,242.00

---

**4.9**
**Fedloan Servicing Credit**
Nonpriority Creditor's Name
**PO Box 60610**
Number  Street

**Harrisburg PA 17106**
City, State, ZIP Code
**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **0001**

When was the debt incurred? **08/19/2011**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☒ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

$8,500.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.10**
**Fedloan Servicing Credit**
Nonpriority Creditor's Name
**PO Box 60610**
Number   Street

**Harrisburg PA 17106**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **0007**

When was the debt incurred: **08/16/2013**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☒ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

$22,771.00

---

**4.11**
**Fedloan Servicing Credit**
Nonpriority Creditor's Name
**PO Box 60610**
Number   Street

**Harrisburg PA 17106**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **0002**

When was the debt incurred: **09/19/2011**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☒ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

$15,298.00

---

**4.12**
**Fedloan Servicing Credit**
Nonpriority Creditor's Name
**PO Box 60610**
Number   Street

**Harrisburg PA 17106**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **0004**

When was the debt incurred: **08/17/2012**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☒ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

$24,746.00

---

**4.13**
**Fedloan Servicing Credit**
Nonpriority Creditor's Name
**PO Box 60610**
Number   Street

**Harrisburg PA 17106**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **0008**

When was the debt incurred: **08/15/2014**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☒ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

$11,039.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Total claim |
|---|---|

**4.14**
**Fedloan Servicing Credit**
Nonpriority Creditor's Name
**PO Box 60610**
Number   Street

**Harrisburg PA 17106**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **0006**

When was the debt incurred: **03/07/2013**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☒ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

$6,059.00

---

**4.15**
**Fedloan Servicing Credit**
Nonpriority Creditor's Name
**PO Box 60610**
Number   Street

**Harrisburg PA 17106**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **0005**

When was the debt incurred: **08/17/2012**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☒ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

$4,572.00

---

**4.16**
**Geneisis FS Card Services**
Nonpriority Creditor's Name
**PO Box 4477**
Number   Street

**Beaverton OR 97076**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:

When was the debt incurred: **UNKNOWN**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card**

$0.00

---

**4.17**
**Kay Jewelers**
Nonpriority Creditor's Name
**375 Ghent Road**
Number   Street

**Akron OH 44333-4601**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:

When was the debt incurred: **08/03/2013**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card**

$1,046.00

---

Debtor 1   Veronica M. Lewis

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Total claim |
|---|---|

**4.18**
MAB&T Retail
Nonpriority Creditor's Name
PO Box 4499
Number   Street

Beaverton OR 97076
City, State, ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

$1,571.00

Last 4 digits of account number:

When was the debt incurred? 01/10/2018

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Credit Card**

---

**4.19**
Minol
Nonpriority Creditor's Name
15280 Addison Road
Number   Street
Suite 100

Addison TX 75001
City, State, ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

$29.57

Last 4 digits of account number: 7100

When was the debt incurred? UNKNOWN

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Utility**

---

**4.20**
Nationstar Mortgage
Nonpriority Creditor's Name
PO Box 650783
Number   Street

Dallas TX 75265-0783
City, State, ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

Last 4 digits of account number:

When was the debt incurred? UNKNOWN

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Mortgage**

---

**4.21**
Navient
Nonpriority Creditor's Name
PO Box 9500
Number   Street

Wilkes Barre PA 18773
City, State, ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

$6,477.00

Last 4 digits of account number: 0010

When was the debt incurred? 06/04/2001

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.22**
Ocwen Loan Servicing, LLC
Nonpriority Creditor's Name
1661 Worthington Road
Number  Street
Suite 100

West Palm Beach FL 33409
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:                                        $0.00

When was the debt incurred: **UNKNOWN**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Mortgage**

---

**4.23**
Onewest Bank
Nonpriority Creditor's Name
6900 Beatrice Drive
Number  Street

Kalamazoo MI 49009
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:                                        $0.00

When was the debt incurred: **UNKNOWN**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Mortgage**

---

**4.24**
Specialized Loan Services
Nonpriority Creditor's Name
8742 Lucent Blvd
Number  Street
Suite 300

Littleton CO 80129-2386
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:                                        $0.00

When was the debt incurred: **UNKNOWN**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Mortgage**

---

**4.25**
Wells Fargo Home Mortgage
Nonpriority Creditor's Name
PO Box 10335
Number  Street

Des Moines IA 50306
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:                                        $13,048.00

When was the debt incurred: **12/15/2006**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Charged Off Secured Claim**

|  | Total claim |
|---|---|

**4.26**

**WF Financial Cards**
Nonpriority Creditor's Name

**CSCL Team Mac N8235-04M**
Number    Street

**PO Box 14517**

**Des Moines IA 50306**
City, State, ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number:                                        $8,134.00

When was the debt incurred? **01/30/2006**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Credit Card**

---

| Part 3: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

5.   **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

**1**

**Duke University Student Loans**
Creditor's Name

**c/o ECSI**
Number    Street

**PO Box 718**

**Wexford PA 15090**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.5** of (Check one):      ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number:

**2**

**Navient**
Creditor's Name

**123 Justison Street, Third Floor**
Number    Street

**Wilmington DE 19801**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.21** of (Check one):      ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number:

**3**

**Ocwen Loan Servicing, LLC**
Creditor's Name

**PO Box 24736**
Number    Street

**West Palm Beach FL 33416**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.22** of (Check one):      ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number:

**4**

**Wells Fargo Home Mortgage**
Creditor's Name

**c/o Orlans PC**
Number    Street

**PO Box 540540**

**Waltham MA 02454**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.25** of (Check one):      ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number:

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

6.   **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | **6a. Domestic support obligations** ...................................................................................... | 6a. | $0.00 |
| | **6b. Taxes and certain other debts you owe the government** ...................................................... | 6b. | $0.00 |
| | **6c. Claims for death or personal injury while you were intoxicated** ......................................... | 6c. | $0.00 |
| | **6d. Other.** Add all other priority unsecured claims. Write that amount here....................................... | 6d. | $0.00 |
| | **6e. Total** Add lines 6a through 6d. ....................................................................................... | 6e. | $0.00 |
| **Total claims from Part 2** | **6f. Student loans** ..................................................................................................................... | 6f. | $119,087.00 |
| | **6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims** ............................................................................................................................. | 6g. | $0.00 |
| | **6h. Debts to pension or profit-sharing plans, and other similar debts** ...................................... | 6h. | $0.00 |
| | **6i. Other.** Add all other nonpriority unsecured claims. Write that amount here................................. | 6i. | $95,660.61 |
| | **6j. Total.** Add lines 6f through 6i. ........................................................................................ | 6j. | $214,747.61 |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1    **Veronica M. Lewis**

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the **District of Massachusetts**

Case number    **1:18-bk-11370**
(If known)

☐ Check if this is an amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.   **Do you have any executory contracts or unexpired leases?**
☒ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
☐ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1        **Veronica M. Lewis**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the **District of Massachusetts**

Case number        **1:18-bk-11370**
(If known)

☐ Check if this is an amended filing

## Official Form 106H
# Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☒ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☒ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☒ No
      ☐ Yes. In which community state or territory did you live? . Fill in the name and current address of that person.

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F,* **or** *Schedule G* **to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1    **Veronica M. Lewis**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the **District of Massachusetts**

Case number    **1:18-bk-11370**
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of

Official Form 106I

# Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
| --- | --- |

| 1. Fill in your employment information | | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| If you have more than one job, attach a separate page with information about additional employers.<br><br>Include part-time, seasonal, or self-employed work.<br><br>Occupation may include student or homemaker, if it applies. | **Employment status** | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | **Occupation** | Pharmacy | |
| | **Employer's name** | Walgreen Co. | N/A |
| | **Employer's address** | 910 Route 16<br>Ossipee, NH 03864 | N/A |
| | **How long employed there?** | 1 year | N/A |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

**Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Including your non-filing spouse unless you are separated.**

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- | --- |
| 2. | List monthly gross wages, salary, and commissions before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$11,570.00** | |
| 3. | Estimate and list monthly overtime pay. | 3. | **$0.00** | |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | **$11,570.00** | |
| 5. | List All payroll deductions: | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | **$2,033.30** | |
| | 5b. Mandatory contributions for retirement plans | 5b. | **$0.00** | |

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5c. | **Voluntary contributions for retirement plans** 5c. | **$0.00** | |
| 5d. | **Required repayments of retirement fund loans** 5d. | **$0.00** | |
| 5e. | **Insurance** 5e. | **$628.06** | |
| 5f. | **Domestic support obligations** 5f. | **$0.00** | |
| 5g. | **Union dues** 5g. | **$0.00** | |
| 5h. | **Other deductions.** Specify: 5h. | **$0.00** | |
| 6. | **Add the payroll deductions.** Add lines 5a through 5h. 6. | **$2,661.36** | |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. 7. | **$8,908.64** | |
| 8. | **List all other income regularly received:** | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** 8a. | **($1,896.63)** | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| 8b. | **Interest and dividends** 8b. | **$0.00** | |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** 8c. | **$0.00** | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| 8d. | **Unemployment compensation** 8d. | **$0.00** | |
| 8e. | **Social Security** 8e. | **$0.00** | |
| 8f. | **Other government assistance that you regularly receive** 8f. | **$0.00** | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | | |
| 8g. | **Pension or retirement income** 8g. | **$0.00** | |
| 8h. | **Other monthly income.** Specify: 8h. | **$0.00** | |
| 9. | **Add all other income.** Add lines 8a-8h. 9. | **($1,896.63)** | |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 9 for Debtor 1 and Debtor 2 or non-filing spouse. 10. | | **$7,012.01** |
| 11. | **State all other regular contributions to the expenses that you list in *Schedule J* (Official Form 106J).** 11. | | **$0.00** |
| | Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. | | |
| | Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J* (Official Form 106J). | | |
| | Specify: | | |
| 12. | **Add the amounts on lines 10 and 11.** The result is the combined monthly income. Also write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information* (Official Form 106Sum) if it applies. 12. | | **$7,012.01** |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**13.  Do you expect an increase or decrease within the year after you file this form?**

☒  No
☐  Yes.
    Explain.....

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1    <u>**Veronica M. Lewis**</u>

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the <u>**District of Massachusetts**</u>

Case number    <u>**1:18-bk-11370**</u>
(If known)

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing post-petition chapter 13 expenses as of

## Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
| --- | --- |

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☒ No.
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*

| 2. | **Do you have dependents?** | ☒ No | **Dependent's relationship to Debtor 1 or Debtor 2** | **Dependent's age** | **Does dependent live with you?** |
| --- | --- | --- | --- | --- | --- |
| | Do not list Debtor 1 or Debtor 2. | ☐ Yes. Fill out this information for each dependent | | | |
| | Do not state the dependents' names. | | | | |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☒ No   ☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
| --- | --- |

Estimate your expenses as your bankruptcy filing date unless you are using this form as supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date

Include expenses paid for with non-cash governmental assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I).

**Note:** Expenses for property other than the debtor(s)' primary residence(s), if any, are reported in the Summary of Business/Real-Estate Income & Expense annexed to Schedule I.

**Note:** Monthly payments that are being made through the Chapter 13 Plan, if any, are not included in the expenses listed on this schedule.

|  | Your expenses |
| --- | --- |
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. | **$2,408.00** |
| If not included in line 4: | |
| 4a. **Real estate taxes**    4a. | |
| 4b. **Property, homeowner's, or renter's insurance**    4b. | |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | | Your expenses |
|---|---|---|
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | |
| 4d.  Homeowner's association or condominium dues | 4d. | |
| 5.  Additional mortgage payments for your residence, such as home equity loans | 5. | |
| 6.  Utilities: | | |
| 6a.  Electricity, heat, natural gas | 6a. | **$100.00** |
| 6b.  Water, sewer, garbage collection | 6b. | |
| 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$170.00** |
| 6d.  Other. Specify: N/A | 6d. | |
| 7.  Food and housekeeping supplies | 7. | **$350.00** |
| 8.  Childcare and children's education costs | 8. | **$65.00** |
| 9.  Clothing, laundry, and dry cleaning | 9. | **$99.00** |
| 10.  Personal care products and services | 10. | **$35.00** |
| 11.  Medical and dental expenses | 11. | **$35.00** |
| 12.  Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$50.00** |
| 13.  Entertainment, clubs, recreation, newspapers, magazine, and books | 13. | **$25.00** |
| 14.  Charitable contributions and religious donations | 14. | |
| 15.  Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | |
| 15b. Health insurance | 15b. | |
| 15c. Vehicle insurance | 15c. | **$323.00** |
| 15d. Other insurance. Specify: N/A | 15d. | |
| 16.  Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:  N/A | 16. | |
| 17.  Installment or lease payments | | |
| 17a. Student Loan | 17a. | **$70.76** |
| 17b. Student Loan | 17b. | **$146.00** |
| 17c. Student Loan | 17c. | **$32.00** |
| 17d. Student Loan | 17d. | **$24.00** |
| 17e. Student Loan | 17e. | **$158.00** |
| 17f.  Student Loan | 17f. | **$61.00** |
| 17g. Student Loan | 17g. | **$98.00** |
| 17h. Student Loan | 17h. | **$54.00** |
| 17i.  Student Loan | 17i. | **$84.00** |
| 17j.  Car Loan (Car) | 17j. | **$973.00** |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  |  | Your expenses |
|---|---|---|
| **17k. Student Loan** | 17k. | **$61.00** |
| **17l. Car Loan (Car)** | 17l. | **$365.00** |
| **18.** **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I* (Official Form 106I)** | 18. | |
| **19.** **Other payments you make to support others who do not live with you.** Specify: | 19. | |
| Payment for care of elderly father | | **$350.00** |
| **20.** **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I* (Official Form 106I)** | | |
| **20a. Mortgages on other property** | 20a. | |
| **20b. Real estate taxes** | 20b. | |
| **20c. Property, homeowner's, or renter's insurance** | 20c. | |
| **20d. Maintenance, repair, and upkeep expenses** | 20d. | |
| **20e. Homeowner's association or condominium dues** | 20e. | |
| **20f. Other. Specify:** | 20f. | |
| **21.** **Other.** Specify: N/A | 21. | |
| **22.** **Calculate your monthly expenses.** | | |
| **22a. Add lines 4 through 21.** | 22a. | **$6,136.76** |
| **22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2** | 22b. | |
| **22c. Add line 22a and 22b. The result is your monthly expenses.** | 22c. | **$6,136.76** |
| **23.** **Calculate your monthly net income** | | |
| **23a. Copy line 12** *(your combined monthly income)* from *Schedule I* | 23a. | **$7,012.01** |
| **23b. Copy your monthly expenses from line 22 above.** | 23b. | **$6,136.76** |
| **23c. Subtract your monthly expenses from your monthly income.** **The result is your** *monthly net income* | 23c. | **$875.25** |

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No
☐ Yes.
Explain.....

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1    **Veronica M. Lewis**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the **District of Massachusetts**

Case number    **1:18-bk-11370**
(If known)

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No
☐ Yes. Name of person **N/A**. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

/s/ Veronica M. Lewis                                                06/16/2018
Signature of Debtor 1                                              Date

_____                     06/16/2018
Signature of Debtor 2                                              Date

**Fill in this information to identify your case:**

Debtor 1 ___Veronica M. Lewis___

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the **District of Massachusetts**

Case number ___1:18-bk-11370___
(If known)

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy     **04/16**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

**1.  What is your current marital status?**
☐ Married
☒ Not married

**2.  During the last 3 years, have you lived anywhere other than where you live now?**
☒ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

**3.  Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
*(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
☒ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2: | Explain the Sources of Your Income |
|---|---|

**4.  Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities. If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.
☐ No
☒ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $27,690.55 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, 2017) | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $109,591.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2016) | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $99,392.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☒ No
☐ Yes. Fill in the details.

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425.00* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,425.00* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 04/01/2019 and every 3 years after that for cases filed on or after the date of adjustment.

☒ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☒ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☒ No
☐ Yes. List all payments to an insider

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments that benefited an insider.

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☒ No
☐ Yes. Fill in the details

BkAssist® Software Copyright® 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.
☒ No. Go to line 11.
☐ Yes. Fill in the information below.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☒ No
☐ Yes. Fill in the details

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
☒ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---------|--------------------------------------|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
☒ No
☐ Yes. Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
☒ No
☐ Yes. Fill in the details of each gift or contribution

| Part 6: | List Certain Losses |
|---------|---------------------|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
☒ No
☐ Yes. Fill in the details

| Part 7: | List Certain Payments or Transfers |
|---------|------------------------------------|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.
☐ No
☒ Yes. Fill in the details

| Person who was paid | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---------------------|---------------------------------------------------|-----------------------------------|-------------------|
| Jacob T. Simon<br>450B Paradise Road #423<br>Swampscott, MA  01907<br><br>Email or website address:<br>**jacob@simonlawma.com**<br><br>Person Who Made the Payment if Not You: | Expense & fee retainer (including any retainer for the filing fee) | 05/31/2018 | $1,000.00 |

| Person who was paid | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Email or website address:<br><br>Person Who Made the Payment if Not You: | Fee for § 109(h)(1) briefing by approved nonprofit budget and credit counseling agency | 04/16/2018 | $25.00 |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.
☒ No
☐ Yes. Fill in the details.

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.
☒ No
☐ Yes. Fill in the details

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)
☒ No
☐ Yes. Fill in the details

**Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
☒ No
☐ Yes. Fill in the details

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**
☒ No
☐ Yes. Fill in the details.

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**
☒ No
☐ Yes. Fill in the details.

**Part 9:    Identify Property You Hold or Control for Someone Else**

**23. Do you hold or control any property that someone else owns?** Include any property you borrowed from, are storing for, or hold in trust for someone.
☒ No
☐ Yes. Fill in the details.

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- Environmental law means any federal, state, or local statute or regulation concerning pollution, contamination, releases of

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- Site means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- Hazardous material means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**
☒ No
☐ Yes. Fill in the details

**25. Have you notified any governmental unit of any release of hazardous material?**
☒ No
☐ Yes. Fill in the details

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**
☒ No
☐ Yes. Fill in the details

### Part 11:    Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**
☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☒ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**
☒ No
☐ Yes. Fill in the details below.

### Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Veronica M. Lewis _____    06/16/2018 _____
Signature of Debtor 1                             Date

_____    06/16/2018 _____
Signature of Debtor 2                             Date

Did you attach additional pages to Your Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)?
☒ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
☒ No

☐ Yes. Name of person **N/A -- the BkAssist software used to prepare this petition is licensed for use only by attorneys.**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.