**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (BOSTON)**

| | |
|---|---|
| IN RE:<br><br>Veronica Lewis,<br><br>Debtor | Case No. 18-11370-JNF<br>Chapter 13 |

# OBJECTION TO CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN

Now Comes Federal National Mortgage Association and files its Objection to the confirmation of the Debtor's Chapter 13 Plan. In support of its objection, Federal National Mortgage Association states as follows:

1. Federal National Mortgage Association is the holder of the first mortgage on the debtor's property located 3928 Winton Dr, Jacksonville, FL.

2. The mortgage to Federal National Mortgage Association is in default with a pre-petition arrearage of $17,550.86, with a total claim amount of $90,740.53. *See Claim No.9.*

3. While the debtor's Chapter 13 Plan contemplates ongoing post-petition payments to be paid outside of the plan, the same only provides for the payment of $9,710.63 in pre-petition arrears to be paid through the plan.

4. Thus, the debtor's plan fails to provide for the payment of Federal National Mortgage Association's entire pre-petition arrearage.

WHEREFORE, Federal National Mortgage Association respectfully requests that the Court deny confirmation of the debtor's Chapter 13 Plan or for such other relief as the Court deems just and proper.

Respectfully submitted,

Federal National Mortgage Association,
By its attorney,

/s/ Jason J. Giguere
Jason J. Giguere, Esquire
BBO#  667662
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
mabk@harmonlaw.com

Dated: July 3, 2018



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (BOSTON)**

| | |
|---|---|
| IN RE:<br><br>Veronica Lewis,<br><br>Debtor | Case No. 18-11370-JNF<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

      I, Jason J. Giguere, Esquire, state that on July 3, 2018, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of District of Massachusetts on behalf of Federal National Mortgage Association using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Jacob Simon
Stephanie E. Babin
Carolyn A. Bankowski
John P. Fitzgerald III


I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Veronica Lewis
3928 Winton Drive
Jacksonville, FL 32208

Veronica Lewis
375 Broadway
SPC 118
Lynnfield, MA 01940

Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113

        Respectfully submitted,

        Federal National Mortgage Association,
        By its attorney,

        /s/ Jason J. Giguere
        Jason J. Giguere, Esquire
        BBO#  667662
        Harmon Law Offices, P.C.
        PO Box 610389
        Newton Highlands, MA 02461
        (617)558-0500
        mabk@harmonlaw.com

Dated: July 3, 2018