# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Veronica M Lewis    Case Number: 18-11370    Ch: 13

**MOVANT/APPLICANT/PARTIES:**

#44 Objection to Confirmation of Plan  (RE: [30] Chapter 13 Plan) filed by Creditor Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. (Attachments: # [1] Certificate of Service)(Tabachnik, Tatyana)

**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
_44_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Upon consideration of the Objection to Confirmation filed by Federal National Mortgage Association, to which the Debtor failed to file a response within 14 days, the Objection is sustained. The Debtor shall file an amended Chapter 13 Plan within 30 days, failing which the case shall be dismissed. See MLBR, Appendix 1, Rule 13-8(c).

IT IS SO NOTED:                              IT IS SO ORDERED:

                                             /s/ Joan N. Feeney
_____                     _____    Dated: 07/18/2018
Courtroom Deputy                             Joan N. Feeney, U.S. Bankruptcy Judge